IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MICHAEL L. FRANKLIN JR.,

                Plaintiff,

     vs.

DEPARTMENT OF HEALTH & HUMAN
SERVICES,

                Defendant.

**8:21CV87**

**ORDER**

IT IS ORDERED that the motions to withdraw and to substitute counsel of record for Defendant, (Filing Nos. 39 and 40), are granted. Justin J. Hall is counsel of record for Defendant, and Benjamin M. Goins is withdrawn and shall no longer receive electronic notice in this case.

The Clerk shall provide a mailed copy of this order to Plaintiff.

Dated this 9th day of August, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge