IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL L. FRANKLIN JR., <br><br> Plaintiff, <br><br> vs. <br><br> DEPARTMENT OF HEALTH & HUMAN SERVICES, <br><br> Defendant. | 8:21CV87 <br><br> ORDER |

This matter is before the Court on plaintiff's request to proceed in forma pauperis on appeal. Filing No. 76. Plaintiff is appealing this Court's Memorandum and Order, Filing No. 73, wherein this Court determined that Plaintiff's motions were frivolous and had already been appealed and decided by the Eighth Circuit. As a result, the Court finds the motion for in forma pauperis is likewise frivolous, and the Court will deny the same.

THEREFORE, IT IS ORDERED THAT Plaintiff's motion to proceed in forma pauperis, Filing No. 76, is denied.

Dated this 12th day of April, 2023.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge