## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL L. FRANKLIN JR., | |
| Plaintiff, | **8:21CV87** |
| vs. | |
| DEPARTMENT OF HEALTH & HUMAN SERVICES, | **ORDER** |
| Defendant. | |

This matter is before the Court on Plaintiff Michael Franklin's motion to set aside dismissal order, Filing No. 53, leave to amend complaint and recusal of Judge Joseph F. Bataillon. Filing No. 91. The Court has reviewed Franklin's filings and finds they are without merit and are frivolous. Accordingly, the Court will deny Franklin's motion.

THEREFORE, IT IS ORDERED THAT Plaintiff's motion to set aside, Filing No. 91, is denied.

Dated this 21st day of August, 2024.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge