IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL L. FRANKLINJR.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DEPARTMENT OF HEALTH & HUMAN SERVICES,<br><br>　　　　　Defendant. | 8:21CV87<br><br>**ORDER** |

This matter is before the Court on plaintiff's request to proceed in forma pauperis on appeal. Filing No. 96. Plaintiff is appealing this Court's Memorandum and Order, Filing No. 48, wherein this Court determined that Plaintiff's objections were without merit. Filing No. 53. Furthermore, it has already been appealed to the Eighth Circuit and denied. Filing No. 64. As a result, the Court finds the motion for in forma pauperis is likewise frivolous, and the Court will deny the same.

THEREFORE, IT IS ORDERED THAT Plaintiff's motion to proceed in forma pauperis, Filing No. 96, is denied.

Dated this 19th day of September, 2024.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge